Matter of Matthews v Daniels-DePeyster (2024 NY Slip Op 00314)

Matter of Matthews v Daniels-DePeyster

2024 NY Slip Op 00314

Decided on January 24, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 24, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

HECTOR D. LASALLE, P.J.
JOSEPH J. MALTESE
HELEN VOUTSINAS
LAURENCE L. LOVE, JJ.

2023-07223

[*1]In the Matter of Angelo Matthews, petitioner,
v
Claudia Daniels-DePeyster, etc., et al., respondents. Carol Gray and Associates, P.C., Richmond Hill, NY, for petitioner.

Letitia James, Attorney General, New York, NY (James B. Cooney of counsel), for respondent Claudia Daniels-DePeyster.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Morgan J. Dennehy of counsel), respondent pro se.

DECISION & JUDGMENT
Proceeding pursuant to CPLR article 78, inter alia, in the nature of prohibition to prohibit the respondents, Claudia Daniels-DePeyster, an Acting Justice of the Supreme Court, Kings County, and Eric Gonzalez, District Attorney, Kings County, from enforcing an order of the Supreme Court, Kings County, dated July 6, 2023, issued in an action entitled People v Matthews , pending in that court under Docket No. SCR-74909-22, inter alia, directing the petitioner to submit to a buccal swab for the purpose of DNA testing by a date certain.
ADJUDGED that the petition is denied as academic and the proceeding is dismissed, without costs or disbursements.
The order of the Supreme Court, Kings County, dated July 6, 2023, was superseded by an order of the same court dated October 2, 2023. Accordingly, this proceeding is academic.
LASALLE, P.J., MALTESE, VOUTSINAS and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court